In the Matter of the Application of WILLIAM BENNING, Appellant, for a Writ of Habeas Corpus to Determine the Custody of KATHRYN A. BENNING, an Infant. ARRILLIO NIGRO et al., Respondents.

Argued December 6, 1951; decided January 17, 1952.

*Loren W. Lillis* for appellant.

*Millard J. Noonan* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.